| | |
|---|---|
| **STATE OF RHODE ISLAND**<br>**KENT, S.C.** | **SUPERIOR COURT** |

DAVID CURTIS,

      Plaintiff,

v.                                                                         C.A. No. KC 18-0018

EMBRACE HOME LOANS, INC. and
ROUNDPOINT MORTGAGE SERVICING
CORPORATION,

      Defendants.

## NOTICE OF FILING NOTICE OF REMOVAL

TO:    Clerk
Kent County Superior Court
Noel Judicial Complex
222 Quaker Lane
Warwick, Rhode Island 02886

John B. Ennis, Esq.
1200 Reservoir Avenue
Cranston, RI 02920

      Pursuant to 28 U.S.C. §§ 1441(a) and 1446(d), Defendants, Embrace Home Loans, Inc. and Roundpoint Mortgage Servicing Corporation (collectively, "Defendants"), hereby provide written notice that on February 8, 2018, Defendants filed a Notice of Removal in the subject action to the United States District Court for the District of Rhode Island. The Notice of Removal is attached hereto as <u>Exhibit A</u>. Pursuant to 28 U.S.C. § 1446(d), the state court shall proceed no further.

        Respectfully submitted,

        ROUNDPOINT MORTGAGE SERVICING CORPORATION,

        By Its Attorneys,

        */s/ Ethan Z. Tieger*
        Samuel C. Bodurtha, Bar No. 7075
        Ethan Z. Tieger, Bar No. 9308
        HINSHAW & CULBERTSON LLP
        321 South Main Street
        Suite 301
        Providence, RI 02903
        Telephone: (401) 751-0842
        Facsimile: (401) 751-0072
        sbodurtha@hinshawlaw.com
        etieger@hinshawlaw.com

Dated:    February 8, 2018

**CERTIFICATE OF SERVICE**

I, Ethan Z. Tieger, hereby certify that on this <u>8th</u> day of February, 2018:

☒ I filed and served this document through the electronic filing system on the following:

    John B. Ennis, Esq.
    1200 Reservoir Avenue
    Cranston, RI 02920
    jbelaw75@gmail.com

    *Counsel to Plaintiff David Curtis*

The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

☐ I served this document through the electronic filing system on the following:
_____.

The document electronically served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

☐ I mailed or ☐ hand-delivered this document to the attorney for the opposing party and/or opposing party if self-represented, whose name is _____ at the following address _____.

                                                     */s/ Ethan Z. Tieger*
                                                     Ethan Z. Tieger

301110197v1 1005694