UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| David Curtis,<br><br>      Plaintiff,<br><br>v.<br><br>Embrace Home Loans, INC., ET AL.,,<br><br>      Defendants. | CIVIL ACTION NO. 1:18-cv-00057-JJM-PAS |

**DEFENDANTS' EMBRACE HOME LOANS, INC., AND ROUNDPOINT MORTGAGE SERVICING CORPORATION, MOTION FOR SUMMARY JUDGMENT**

Pursuant to D.R.I.L.R. 56(a), Defendants Embrace Home Loans, Inc. ("Embrace") and Roundpoint Mortgage Servicing Corporation ("Roundpoint") (collectively, "Defendants"), hereby move, for entry of summary judgment in their favor.

In support of their motion, Defendants Embrace and Roundpoint submits herewith a Memorandum of Law, Statement of Undisputed Facts with accompanying Exhibits, and Affidavit of Amber Todd for Roundpoint Mortgage Servicing Corporation.

WHEREFOR, Defendants Embrace Home Loans, Inc., and Roundpoint Mortgage Servicing Corporation requests Summary Judgment on all claims and causes of action pleaded in this case.

[SIGNATURE ENCLOSED BELOW]

Respectfully submitted,

EMBRACE HOME LOANS INC. and
ROUNDPOINT MORTGAGE SERVICING
CORPORATION

By: Their Attorneys

/s/ Samuel C. Bodurtha
Samuel C. Bodurtha, Bar No. 7075
HINSHAW & CULBERTSON LLP
53 State Street
27th Floor
Boston, MA 02109
617-213-7000
617-213-7001  (facsimile)

Dated:    January 6, 2020

## CERTIFICATE OF SERVICE

I, Samuel C. Bodurtha, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on _____.

/s/ Samuel C. Bodurtha
Samuel C. Bodurtha, Bar #7075