

## ROUNDPOINT MORTGAGE - EMBRACE

**BORROWER INFORMATION**

ClientID: **LM0087**  Transaction #: **ZICBWR**
Ordered By: **claing**  Order Date : **8/1/2017**
Borrower: **CURTIS, DAVID**  Co-Borrower:
Loan Number : **2003193246**  LM Specialist: **ROUNDPOINT**
Address: **105 Quaker Dr**
City,State,Zip: **West Warwick RI 02893**
Reference No:  Sub Rep: **02920SJ**

**Contact Type:**
- **Direct Contact.**
- Third Party Contact.
- No Direct Contact.

| | |
|---|---|
| **Fieldcall Date** | 8/24/2017 |
| **Fieldcall Time** | 1630 |

**File for Bankruptcy? Or pending legal action?**
- Yes  **No**

**Customer interested in interview with Roundpoint:**
- NO - Customer declines interview with Roundpoint.
- NO - Customer does not want the property.
- **YES - Customer accepts interview with Roundpoint.**
    - **Yes** Was call successfully placed to Roundpoint in the presence of the borrower (if no, please select "NO-Customer declines interview with Roundpoint")

        Please enter Roundpoint Rep name.
        RAUL
        Who spoke to Roundpoint rep?
        - NCCI Agent  **Borrower**
            - **Did Borrower request to speak with Roundpoint**
            - Did Roundpoint request to speak with Borrower

Decision Made by Roundpoint rep?
- Does not qualify for repayment plan
- **Borrower refused to inform rep of plan.**
- Approved for repayment plan

**Best time to make contact:**
- **Mornings**
- Weekends
- Evenings
- **Week Days**
- Did Not Provide

**Obtained updated borrower contact status/info:**
- Yes  **No**  Refused

**Obtained updated Co-borrower contact status/info:**
- Yes  **No**  Refused

**Obtained borrower employment status/info:**
- Yes  **No**  Refused

**Obtained co-borrower employment status/info:**
- Yes   No   Refused

**Property for sale:**
- Yes   **No**

If Yes, enter the following information:

    Realtor Name: 

    Realtor Phone No: 

**Letter delivered:**
- **Gave to Borrower in sealed personal and confidential envelope.**
- Gave to Co-Borrower in sealed personal and confidential envelope.
- Contact refused. Letter destroyed.

---

EXTERIOR PHOTOS




