RoundPoint Mortgage Servicing
Corporation
PO Box 9085
Temecula, CA 92589-9085



| PRESORT |
| First-Class Mail |
| U.S. Postage and |
| Fees Paid |
| WSO |

9314 7100 1170 0926 3844 95

Send Payments to:
RoundPoint Mortgage Servicing Corporation
P.O. Box 19389
Charlotte, NC 28219-9389

**RETURN RECEIPT REQUESTED**

Send Correspondence to:
RoundPoint Mortgage Servicing Corporation
P.O. Box 19409
Charlotte, NC 28219-9409

20170829-125

DAVID CURTIS
105 QUAKER DR
WEST WARWICK, RI 02893



WA123


**ROUNDPOINT**
MORTGAGE SERVICING CORPORATION

Sent Via Certified Mail
9314 7100 1170 0926 3844 95

08/25/2017

DAVID CURTIS
105 QUAKER DR
WEST WARWICK, RI  02893

Loan Number:       2003193246
Property Address:  105 QUAKER DR
                   WEST WARWICK, RI 02893

## NOTICE OF DEFAULT AND INTENT TO ACCELERATE

Dear DAVID CURTIS:

RoundPoint Mortgage Servicing Corporation (RoundPoint) is currently servicing your mortgage loan that is secured by the above referenced property. You are hereby formally notified that the mortgage loan associated with the referenced Deed of Trust/Mortgage is in default for failure to pay amounts due.

The loan is due for June 1, 2017 and subsequent payments, plus late charges, fees and costs. As of today, the total delinquency and reinstatement amount is $6,701.19, which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date: | | 06/01/2017 |
| Current Monthly Payment: | | $2,137.38 |
| Total Monthly Payments Due: | | $6,412.14 |
| Late Charges: | | $259.05 |
| Other Charges: | Uncollected NSF Fees: | $0.00 |
| | Other Fees: | $0.00 |
| | Corporate Advance Balance: | $30.00 |
| | Partial Payment Balance: | -$0.00 |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$6,701.19** |

**It is possible that after payment of the amounts detailed above there may be other fees still due and owing, including but not limited to other fees, escrow advances or corporate advances that RoundPoint paid on your behalf or advanced to your account.**

This letter is a formal demand to pay $6,701.19. If the default, together with additional payments that subsequently become due, is not cured by 10/01/2017, RoundPoint may take steps to terminate your ownership in the property by a foreclosure proceeding or other action to seize the property.

IF YOU ARE UNABLE TO BRING YOUR ACCOUNT CURRENT, RoundPoint offers consumer assistance programs designed to help resolve delinquencies and avoid FORECLOSURE. These services are provided without cost to our customers. You may be eligible for a loan workout plan or other similar situation. If you would like to learn more about these programs, you may contact the Loss Mitigation Department at 877-426-8805. WE ARE VERY INTERESTED IN ASSISTING YOU.

The default above can be cured by payment of the total delinquency and reinstatement amount plus any additional payments and fees that become due by 10/01/2017.  Note that in addition to the regular monthly



payments, additional charges, costs and fees may become due during the period between today's date and the date the aforementioned payments are due. Please contact our Collection Department at 877-426-8805 to obtain updated payment information.

Please include your loan number and property address with your payment and send to:

RoundPoint Mortgage Servicing Corporation
P.O. Box 19389
Charlotte, NC 28219-9389

You may also make a payment by wire transfer with the following information:

| | |
|---|---|
| Bank: | Bank of America |
| Account: | RoundPoint Mortgage Servicing Corporation |
| ABA: | 026009593 |
| Account No.: | 000655371906 |

If you wish to dispute the delinquency, or if you dispute the calculation amount of the delinquency and reinstatement amount, you may contact us by calling 877-426-8805.

Failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by the Security Instrument and sale of the property. You have the right to reinstate the loan after acceleration, and to bring a court action to assert the non-existence of a default or any other defense to acceleration or foreclosure sale. Failure to respond to this letter may result in the loss of your property. To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address and telephone number.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 800-569-4287.

This matter is very important. Please give it your immediate attention.

Sincerely,

RoundPoint Mortgage Servicing Corporation
P.O. Box 19409
Charlotte, NC 28219-9409
877-426-8805


(See disclosures on page 3)

Federal law requires us to advise you that RoundPoint Mortgage Servicing Corporation (NMLS ID# 18188) is a debt collector and that this is an attempt to collect a debt. Any information obtained may be used for that purpose. To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy proceeding, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect indebtedness as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address and telephone number.

Notice to Customers: RoundPoint Mortgage Servicing Corporation may report information about your mortgage account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.



P.O. Box 19409 | Charlotte, NC 28219-9409 | 877-426-8805 | NMLS ID# 18188
www.RPMServicing.com

WA123-012

Page 3

9314 7100 1170 0926 3844 95